SARA M. THORPE (SBN: 146529)
sthorpe@nicolaidesllp.com
PATRICIA A. DAZA-LUU (SBN: 261564)
pdazaluu@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, California 94104
Telephone: (415) 745-3770
Facsimile: (415) 745-3771

Attorneys for Plaintiff
EVEREST NATIONAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

EVEREST NATIONAL INSURANCE COMPANY, a Delaware Corporation,

Plaintiff,

v.

KENDRA ALEMAN, an individual; KMK COMMERCIAL LINES AGENCY, INC., a California Corporation.

Defendants.

Case No. 5:19-cv-01115-CAS(SPx)

**EVEREST NATIONAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST KENDRA ALEMAN AND KMK COMMERCIAL LINES AGENCY, INC.**

**Accompanying Documents:**
Memorandum of Points and Authorities; Strauss Declaration; Daza-Luu Declaration; Proposed Order; Proposed Judgment

Date: October 28, 2019
Time: 10:00 a.m.
Dept.: 8D
Judge: Christine A. Snyder

Complaint filed: June 17, 2019
Trial Date: None set.

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on October 28, 2019, at 10:00 a.m., or as soon thereafter as this matter may be heard by the Honorable Christine A. Snyder, in Courtroom 8D of the First Street Courthouse, located at 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012, Everest National Insurance Company ("Everest") will present its Motion for a Default Judgment by Court against Defendants KMK Commercial Lines Agency, Inc. ("KMK") and Kendra Aleman ("Aleman") pursuant to Federal Rule of Civil Procedure 55(b)(2). The Clerk of the Court entered the defaults of KMK and Aleman on August 20, 2019. (ECF 18.)

In its moving papers and at the time and place of the hearing, Everest will present proof of the following matters:

1. KMK and Aleman are not minors, incompetent persons, or in military service or otherwise exempted under the Soldier's and Sailor's Civil Relief Act of 1940.

2. KMK and Aleman have not appeared in this action.

3. This Motion for Default Judgment by Court will be served on KMK and Aleman by personal service, email, and mail, and the proof of service of the Motion will be filed with the Court.

4. Everest is entitled to judgment against KMK and Aleman on account of the following causes of action pleaded in the Complaint:

- Everest is entitled to recover $500.000.00 from KMK and/or Aleman on its Cause of Action for reimbursement of the amounts Everest paid to settle the case titled *Alvarez, et al. v. Varna Trucking, Inc., et al.*, Superior Court of the State of California for the County of Los Angeles, Case No. BC658477.

/ / /

This application is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declarations of Matthew Strauss and Patricia Daza-Luu, such other pleadings, evidence, and argument as may be presented to the Court in connection with the hearing, and upon the Court's records and files in this action.

Dated: September 9, 2019

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: *\/s/ Patricia A. Daza-Luu*
Sara M. Thorpe
Patricia A. Daza-Luu
Attorneys for Plaintiff Everest National Insurance Company