UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED19-CV-01115-CAS(SPx) | Date | October 28, 2019 |
|---|---|---|---|
| Title | *EVEREST NATIONAL INSURANCE COMPANY v. KENDRA ALEMAN; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rona Eli | Not Present |

**Proceedings:**  PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Filed 09/09/2019)[20]

Hearing held and plaintiff's counsel is present. No appearance is made by the defendants, nor on their behalf. Tentative order issued. The Court confers with plaintiff's counsel, as stated in Court and on the record. The Court grants plaintiff's motion for default judgment. A separate order and judgment will issue forthwith.

|  | 00 | : | 03 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |