# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KENDRA ALEMAN, an individual; KMK COMMERCIAL LINES AGENCY, INC., a California Corporation.<br><br>    Defendants. | Case No. 5:19-cv-01115-CAS (SPx)<br><br>**[PROPOSED] JUDGMENT**<br><br>**Accompanying Documents:**<br>Notice of Motion and Motion; Memorandum of Points and Authorities; Daza-Luu Declaration; Strauss Declaration; Proposed Order<br><br>Date:    October 28, 2019<br>Time:    10:00 a.m.<br>Dept.:    8D<br>Judge:    Christine A. Snyder<br><br>Complaint filed:    June 17, 2019<br>Trial Date:    None set |

Pursuant to this Court's order granting Plaintiff Everest National Insurance Company's ("Everest") Motion for Entry of a Default Judgment against Defendants KMK Commercial Lines Agency, Inc. ("KMK") and Kendra Aleman ("Aleman") on October 28, 2019, this Court hereby enters judgment in favor of Everest as follows:

This Court, in Case No. 5:18-cv-01429-CAS (SPx), granted Everest certain relief, including: (1) rescinding the Everest Policies, specifically: Everest Certificate of Insurance no. FL5N104555002 issued to Aleman, adding her as an insured under Mercer Financial Services Professional Insurance Agents Professional Liability Master Policy no. FL5N600000 (the "Master Policy") for the policy period August 3, 2016 to August 3, 2017 (the "2016 Policy"); and Everest Certificate of Insurance no. FL5N106388001 to Aleman, adding her as an insured to the Master Policy for the policy period July 13, 2017 to July 13, 2018 (the "2017 Policy"); and (2) declaring that Everest never had any duty to defend or indemnify KMK and Aleman in the matter titled *Alvarez, et al. v. Varna Trucking, Inc., et al.*, Superior Court of the State of California for the County of Los Angeles, Case No. BC658477 (the "Alvarez Lawsuit").

On June 17, 2019, Everest filed its Complaint seeking reimbursement of the $500,000 Everest paid to settle the Alvarez Lawsuit on behalf of KMK and Aleman. (ECF 1, Compl. ¶ 1.)

KMK and Aleman failed to respond to the Complaint, and Everest obtained an Entry of Clerk's Default against KMK and Aleman on August 20, 2019. (ECF 18.) Upon entry of default, the factual allegations of the Complaint are taken as true. *TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987). Further, this Court granted Everest's Motion for Default Judgment.

Judgment is now entered in favor of Everest and against KMK and Aleman as to Everest's Complaint as follows:

- Everest is entitled to recover $500.000.00 from KMK and/or Aleman on its Cause of Action for reimbursement of the amounts Everest paid to settle the Alvarez Lawsuit.

Everest shall recover its allowable costs in an amount to be determined.

**IT IS SO ORDERED**.

Dated: October 28, 2019

*Christine A. Snyder*
Hon. Christine A. Snyder
United States District Judge